# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

143475(76)(77)

BRUCE WHITMAN,
        Plaintiff-Appellant/
        Cross-Appellee,

v

                                  SC: 143475
                                  COA: 294703

CITY OF BURTON and CHARLES SMILEY,
        Defendants-Appellees/
        Cross-Appellants.
                                  Genesee CC: 08-087993-CL

_____

      On order of the Court, the motion by the Michigan Township Participating Plan, HCC Public Risk Claims Services, Inc., and the Insurance Institute of Michigan for leave to file a brief *amicus curiae* following oral argument is considered together with the response thereto by plaintiff-appellant and the motion is DENIED, for the reason that the proposed brief presents argument on an issue not preserved for appellate review.

      McCORMACK, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2013 _____                      _____
                                                               Clerk